Summons in a Civil Action (Rev 11/97)

FILED

08 MAY 22 PM 3:09

# United States District Court

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL DEPUTY

## SOUTHERN DISTRICT OF CALIFORNIA

Heidi Hitt, individually and on behalf of all others similarly situated,

vs

Arizona Beverage Co., LLC, Hornell Brewing Company, Inc. and Ferolito Vultaggio & Sons, Inc.

**SUMMONS IN A CIVIL ACTION**

Case No. 08-cv-0809-WQH-POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

G. Richard Baker, Esquire
Baker Law P.C.
700 29th Street South
Birmingham, AL 35233

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. — CLERK

5/22/08 — DATE

By B. LLOYD, Deputy Clerk

SEAL

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)