WILSON PETTY KOSMO & TURNER LLP
VICKIE E. TURNER (106431)
MERYL C. MANEKER (188342 )
HUBERT KIM (204957)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
**E-mail:** vturner@wpkt.com
**E-mail:** mmaneker@wpkt.com
**E-mail:** hkim@wpkt.com

08 JUN 26 PM 3:48

BY: tcl DEPUTY

Attorneys for Defendants
ARIZONA BEVERAGE CO., LLC, HORNELL BREWING COMPANY, INC., and FEROLITO VULTAGGIO & SONS, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

HEIDI HITT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

v.

ARIZONA BEVERAGE CO., LLC; HORNELL BREWING COMPANY, INC.; AND FEROLITO VULTAGGIO & SONS, INC.,

Defendants.

Case No. 08-CV-08809 WQH POR

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

Complaint Filed: May 2, 2008

Judge: Hon. William Q. Hayes
Trial Date: Not Set

CK PER CHAMBERS
CR

Plaintiff HEIDI HITT ("Plaintiff") and Defendants ARIZONA BEVERAGE CO., LLC; HORNELL BREWING COMPANY, INC.; and FEROLITO VULTAGGIO & SONS, INC. ("Defendants"), by and through their counsel, hereby jointly move to extend the time within which Defendants may respond to the Complaint in this matter. Defendants were served on or about June 10, 2008. The claims asserted in this litigation raise a number of complex issues and Defendants seek additional time to analyze and formulate their response. For that reason, the parties stipulate and agree that Defendants will have up to and including Friday, July 18, 2008 to respond to the Complaint.

There have been no prior requests for extensions in this matter.

IT IS SO STIPULATED:

Dated: June 26, 2008

**BAKER LAW PC**

By: ______________________

GEORGE RICHARD BAKER
Attorneys for Plaintiff
HEIDI HITT, individually and on behalf of all others similarly situated.

Dated: June 26, 2008

**WILSON PETTY KOSMO & TURNER LLP**

By: Meryl C. Maneker

VICKIE E. TURNER
MERYL C. MANEKER
Attorneys for Defendants
ARIZONA BEVERAGE CO., LLC, HORNELL BREWING COMPANY, INC.; and FEROLITO VULTAGGIO & SONS, INC.

Plaintiff HEIDI HITT ("Plaintiff") and Defendants ARIZONA BEVERAGE CO., LLC; HORNELL BREWING COMPANY, INC.; and FEROLITO VULTAGGIO & SONS, INC. ("Defendants"), by and through their counsel, hereby jointly move to extend the time within which Defendants may respond to the Complaint in this matter. Defendants were served on or about June 10, 2008. The claims asserted in this litigation raise a number of complex issues and Defendants seek additional time to analyze and formulate their response. For that reason, the parties stipulate and agree that Defendants will have up to and including Friday, July 18, 2008 to respond to the Complaint.

There have been no prior requests for extensions in this matter.

IT IS SO STIPULATED:

Dated: June 26, 2008

**BAKER LAW PC**

By: ______________________

GEORGE RICHARD BAKER
Attorneys for Plaintiff
HEIDI HITT, individually and on behalf of all others similarly situated.

Dated: June 26, 2008

**WILSON PETTY KOSMO & TURNER LLP**

By: ______________________

VICKIE E. TURNER
MERYL C. MANEKER
Attorneys for Defendants
ARIZONA BEVERAGE CO., LLC, HORNELL BREWING COMPANY, INC.; and FEROLITO VULTAGGIO & SONS, INC.

| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA | | COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (ABBREVIATED)<br>***HEIDI HITT v. ARIZONA BEVERAGE CO., LLC, ET AL.*** | | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS):<br>VICKIE E. TURNER. (106431)<br>MERYL C. MANEKER (188342 )<br>HUBERT KIM (204957)<br>**WILSON PETTY KOSMO & TURNER LLP**<br>550 West C Street, Suite 1050<br>San Diego, CA 92101 | TELEPHONE NO.:<br>Tel. (619) 236-9600<br>Fax: (619) 236-9669 | |
| ATTORNEYS FOR:<br>Defendants Arizona Beverage Co., LLC; Hornell Brewing Company, Inc.; and Ferolito Vultaggio & Sons, Inc. | HEARING DATE – TIME | CASE NUMBER: |

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is Wilson Petty Kosmo & Turner LLP, 550 West C Street, Suite 1050, San Diego, CA 92101.

On June 26, 2008, I served the following documents:

1. JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
2. [PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

I served the documents on the person below, as follows:

G. Richard Baker
Baker Law PC
700 29th Street South
Birmingham, Alabama 35233
(205) 714-7166
***Counsel for Plaintiff HEIDI HITT, individually and on behalf of all those similarly situated***

☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addressed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By ELECTRONIC SERVICE.** I served the above listed document(s), described above via the Central District of the United States District Court's Electronic Filing Program on the designated recipients through electronic transmission through the CM/ECF system on the Court's website. Upon completion of said transmission and filing of said documents, a certified receipt is issued to filing party acknowledging receipt by the Court's CM/ECF system, and once all designated recipients are electronically served, proof of electronic service is returned to the filing party.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on June 26, 2008, at San Diego, California.

Lori Cutrell