FILED
ORIGINAL
JUL 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Heidi Hitt

Plaintiff

vs

Arizona Beverage Co., LLC, Hornell Brewing Co., LLC, Ferolito Vultaggio &
Defendant

Case No. 08-CV-00809 WQH POR

**PRO HAC VICE APPLICATION**

Defendants
Party Represented

I, Ryan P. Mulvaney, Esq. (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: McElroy, Deutsch, Mulvaney & Carpenter, LLP
Street address: Three Gateway Center, 100 Mulberry Street
City, State, ZIP: Newark, New Jersey 07102
Phone number: (973) 622-7711; Facsimile (973) 622-5314

That on Dec. 30, 2002 (Date) I was admitted to practice before the courts of the State of New Jersey (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case ______

Case number ______ Date of application ______

Application ☐ granted ☐ denied

I declare under penalty of perjury that the foregoing is true and correct.

______ (Signature of Applicant)

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

Meryl C. Maneker and Vickie E. Turner (Name) — (619) 236-9600 (Telephone)

Wilson, Petty, Kosmo & Turner, LLP (Firm)

550 West C Street, Suite 1050, San Diego, CA (Street) (City) — 92101-3532 (Zip code)

______ Signature of Applicant

I hereby consent to the above designation.

Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.

RECEIVED
JUL 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY TAC 152888 $180 DEPUTY

W. Samuel Hamrick, Jr.
Clerk of Court

By Deputy Clerk

**L. Hammer**

Received $180.00 for Court Library fee

_____________________ Deputy Clerk

**Pro Hac Vice** (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application , and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:** $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900

| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA | | COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (ABBREVIATED)<br>***HEIDI HITT v. ARIZONA BEVERAGE CO., LLC, ET AL.*** | | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS):<br>VICKIE E. TURNER. (106431)<br>MERYL C. MANEKER (188342 )<br>HUBERT KIM (204957)<br>**WILSON PETTY KOSMO & TURNER LLP**<br>550 West C Street, Suite 1050<br>San Diego, CA 92101 | TELEPHONE NO.:<br>Tel. (619) 236-9600<br>Fax: (619) 236-9669 | |
| ATTORNEYS FOR:<br>Defendants Arizona Beverage Co., LLC; Hornell Brewing Company, Inc.; and Ferolito Vultaggio & Sons, Inc. | HEARING DATE – TIME | CASE NUMBER: |

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is Wilson Petty Kosmo & Turner LLP, 550 West C Street, Suite 1050, San Diego, CA 92101.

On July 10, 2008, I served the following documents:

1. PRO HAC VICE APPLICATION FOR RYAN P. MULVANEY

I served the documents on the person below, as follows:

G. Richard Baker
Baker Law PC
700 29th Street South
Birmingham, Alabama 35233
(205) 714-7166
***Counsel for Plaintiff HEIDI HITT, individually and on behalf of all those similarly situated***

☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addressed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By ELECTRONIC SERVICE.** I served the above listed document(s), described above via the Central District of the United States District Court's Electronic Filing Program on the designated recipients through electronic transmission through the CM/ECF system on the Court's website. Upon completion of said transmission and filing of said documents, a certified receipt is issued to filing party acknowledging receipt by the Court's CM/ECF system, and once all designated recipients are electronically served, proof of electronic service is returned to the filing party.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on July 10, 2008, at San Diego, California.

Lori Cutrell

00081941.doc