HEIDI HITT,

Plaintiff(s) - Petitioner(s)

against

Date Filed
INDEX # 08-CV-0809-WQH-POR

ARIZONA BEVERAGE CO., LLC, ET AL,

Defendant(s) - Respondent(s)

STATE OF NEW YORK COUNTY OF ALBANY 23512

**PAUL J. SANTSPREE SR.** being duly sworn, deposes and says: That deponent is not a party to this action, is over the age 18 years and has principal place of business in the County of Albany New York. That at **1:50 PM** on **6/10/2008** at **283 WASHINGTON AVE, ALBANY, NY 12206**, deponent served a true copy of a

**SUMMONS IN A CIVIL CASE, CLASS ACTION COMPLAINT,**

upon **ARIZONA BEVERAGE COMPANY, LLC C/O CORPORATE SERVICE BUREAU INC.** the **Defendant** in this action.

**Individual** [ ] By delivering a true copy of each and leaving with recipient personally
[ ] Recipient was identified by self admission.

**Suitable age person** [ ] By delivering a true copy of each and leaving with who is known to be the and a person of suitable age and discretion. Said premises is recipients [ ] usual place of abode with in the state. [ ] actual place of business.

**Corporation** [X] By delivering a true copy of each to **DIANE KOEHLER**, personally.
Deponent knew said corporation served to be the corporation described as the named recipient and knew said individual to be the **AUTHORIZED AGENT** thereof, and an authorized person to accept service of process.

**Affixed** [ ] By affixing a true copy of each to the door of said premises which is recipient last known address dwelling place or usual place of abode within the state per attorney records and directions. Deponent was unable, with due diligence to find recipient. Deponent attempted services on the following dates and times:
_________ @ ________ AM PM _________ @ ________ AM PM _________ @ ________ AM PM

Deponent spoke with at who stated recipient
[ ] does live [ ] does work - at the service address stated above or [ ] confirmed the address

**Non Service** [ ] Deponent attempted to perfect service on the Defendant on the above date and time. Deponent found that the Defendant :
[ ] Does not reside at this address. [ ] Is unknown at this address.

**Mailing** Deponent completed service by depositing a true copy of each properly sealed affixed with first class postage and addressed to the Defendant and mailed to Defendant at Defendant last known address, in an official depository under the exclusive care and custody of the U.S. Postal Service.
___/___ 2008 [ X ] The envelope was marked personal and confidential. [ ] The mailing was also made by certified mail receipt number: [ ] A return receipt was requested.
[ ] an additional copy of the summons was mailed to the defendant pursuant to CPLR 3215

**Approximate Description of Recipient**

| Female | White | Blonde | 38 | 5' 5" | 125 | None |
|---|---|---|---|---|---|---|
| Sex | Skin | Hair color | Age | Height | Weight | Other |

**Military** Deponent knew the person so served to be the person described within and asked the within named if he/she or recipient is in active military service in the United Sates or in the State of New York in any capacity and received a negative reply. The within named wore ordinary civilian clothes.

**[ X ]** The above action had endorsed thereon the index number and the filing date.

Sworn to before me
This 24 day of June 2008

Notary Public - Michelle M. Santspree

PAUL J. SANTSPREE SR.

Donna L. Landy
Notary Public, State of New York
NO. 01LA4950186
Qualified in Rennselaer County
Commission Expires April 24, 2007

Michelle M. Santspree
Notary Public, State of New York
No. 01SA5047611
Qualified in Albany County
Commission Expires August 7, 2009

Barbara M. Santspree
Notary Public, State of New York
No. 01SA6071764
Qualified in Albany County
Commission Expires March 25, 2010