# AFFIDAVIT OF SERVICE

23511
JACKSON- J

Index No.
Date filed
File No. 08-CV-0809-WQH-POR

U.S. DISTRICT COURT,COUNTY OF SOUTHERN DIS.,CA

HEIDI HITT ET AL

Plaintiff(s)

against

ARIZONA BEVERAGE CO.,LLC ET AL

Defendant(s)

State of New York, County of Nassau SS:

**WESLEY MORRISSEY** being duly sworn,deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at BALDWIN NY

That on **6/10/08** at **9:55 AM** at PLACE OF BUS. at
**5 DAKOTA DR.,STE 205**
**LAKE SUCCESS** **NY** **11042**
dependent served the within
**SUMMONS IN A CIVIL CASE**
**CLASS ACTION COMPLAINT**
**CIVIL COVER SHEET**

on **FEROLITO, VULTAGGIO & SONS, INC. C/O JOHN FEROLITO**
(Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;

☒ **CORPORATION**
by delivering to and leaving with
**KAY GIARRUSSO**
of said corporation a true copy each thereof, deponent further knew the said individual to be authorized to accept on behalf of the corporation.

☒ APPROXIMATE DESCRIPTION

| SEX | COLOR | HAIR | HEIGHT | WEIGHT | AGE | OTHER |
|---|---|---|---|---|---|---|
| FEMALE | WHITE | RED | 5'4' | 120 | 50 | |

Sworn to before me on 6/11/08

SHAUL HORAN
Notary Public, State of New York
No. 01HO6108246
Qualified in Nassau County
Commission Expires 04/12/2012

WESLEY MORRISSEY
1248815

ALERT PROCESS SERVICE AGENCY, 185 Willis Avenue, Mineola,NY 11501 (516) 741-4353