WILSON PETTY KOSMO & TURNER LLP
VICKIE E. TURNER (106431)
MERYL C. MANEKER (188342 )
HUBERT KIM (204957)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
**E-mail:** vturner@wpkt.com
**E-mail:** mmaneker@wpkt.com
**E-mail:** hkim@wpkt.com

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ROBERT P. DONOVAN (*Admitted Pro Hac Vice*)
RYAN P. MULVANEY(*Admitted Pro Hac Vice*)
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-7711
Facsimile: (973) 622-5314
**Email:** rdonovan@mdmc-law.com
**Email:** rmulvaney@mdmc-law.com

Attorneys for Defendants
ARIZONA BEVERAGE CO., LLC, HORNELL BREWING COMPANY, INC., and FEROLITO VULTAGGIO & SONS, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

HEIDI HITT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

v.

ARIZONA BEVERAGE CO., LLC; HORNELL BREWING COMPANY, INC.; AND FEROLITO VULTAGGIO & SONS, INC.,

Defendants.

Case No. 08-CV-0809 WQH POR

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Complaint Filed: May 2, 2008

Date: September 15, 2008
Time: 11:00 a.m.
Judge: Hon. William Q. Hayes
Trial Date: Not Set

**[NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT]**

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 15, 2008, at 11:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled court located at 940 Front Street, San Diego, California, Defendants Arizona Beverage Co., LLC, Hornell Brewing Company, Inc., and Ferolito Vultaggio & Sons, Inc. will move this Court for an order dismissing Plaintiff's Class Action Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This motion is based upon the following grounds:

1. Plaintiff's Complaint is barred by the federal doctrine of preemption.

2. The Plaintiff's claims (set forth in the causes of action one through six in the Complaint) for: (a) misleading, deceptive and untrue advertising (under California Business and Professional Code § 17500, *et seq.*); (b) unlawful, unfair and fraudulent business practices (under California Business and Professional Code, § 17200, *et seq.*); and (c) injunctive and declaratory relief (under the California Legal Remedies Act) are subject to dismissal because such claims fail to allege sufficient facts to state a claim for relief that is plausible on its face pursuant to Federal Rule of Civil Procedure 12(b)(6).

This motion is made and based on this Notice of Motion and the Memorandum of Points and Authorities and Declaration of Don Vultaggio and exhibit thereto, both filed herewith, the pleadings and records on file with this Court, those matters for which Defendants have sought the Court to take judicial notice as reflected in the accompanying Request for Judicial Notice in support of this motion, and on such oral and documentary evidence as may be presented at the hearing of this motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Defendants respectfully request that the Court hear oral argument on this motion as it is a potentially dispositive motion that involves complex issues of federal regulation and the interaction of federal and state law.

Dated: July 18, 2008

**WILSON PETTY KOSMO & TURNER LLP**

By: s/Meryl C. Maneker
Vickie E. Turner
Meryl C. Maneker
Hubert Kim
mmaneker@wpkt.com

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Robert P. Donovan
Ryan P. Mulvaney
*Appearing Pro Hac Vice*

Attorneys for Defendants
ARIZONA BEVERAGE CO., LLC HORNELL BREWING COMPANY, INC., and FEROLITO VULTAGGIO & SONS, INC