WILSON PETTY KOSMO & TURNER LLP
VICKIE E. TURNER (106431)
MERYL C. MANEKER (188342 )
HUBERT KIM (204957)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
**E-mail:** vturner@wpkt.com
**E-mail:** mmaneker@wpkt.com
**E-mail:** hkim@wpkt.com

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ROBERT P. DONOVAN (*Admitted Pro Hac Vice*)
RYAN P. MULVANEY(*Admitted Pro Hac Vice*)
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-7711
Facsimile: (973) 622-5314
**Email:** rdonovan@mdmc-law.com
**Email:** rmulvaney@mdmc-law.com

Attorneys for Defendants
ARIZONA BEVERAGE CO., LLC, HORNELL BREWING COMPANY, INC., and FEROLITO VULTAGGIO & SONS, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEIDI HITT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGE CO., LLC; HORNELL BREWING COMPANY, INC.; AND FEROLITO VULTAGGIO & SONS, INC.,<br><br>Defendants. | Case No. 08-CV-0809 WQH POR<br><br>**REQUEST FOR JUDICIAL NOTICE OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(6)**<br><br>Complaint Filed: May 2, 2008<br><br>Date: September 15, 2008<br>Time: 11:00 a.m.<br>Judge: Hon. William Q. Hayes<br>Trial Date: Not Set |

Pursuant to Federal Rule of Evidence 201(b)(2), defendants, Arizona Beverage Co., LLC, Hornell Brewing Company, Inc., and Ferolito Vultaggio & Sons, Inc. ("Defendants") respectfully request that this Court take judicial notice of the following documents in support of Defendants' Motion to Dismiss Plaintiff's Complaint:

1. Attached as Exhibit A is a letter from Margaret O'K. Glavin, Associate Commissioner for Regulatory Affairs, Department of Health and Human Services, Food and Drug Administration, to Antonio Zamora dated December 12, 2005, under FDA Docket No. 2004P-0009/CP1.

2. Attached as Exhibit B is a copy of a letter from Geraldine A. June, Supervisor, Product Evaluation and Labeling Team, Department of Health and Human Services, Food and Drug Administration to Audrae Erickson of the Corn Refiners Association dated July 3, 2008.

3. Attached as Exhibit C is a copy of Petition For Rehearing *En Banc* filed May 5, 2008, by Appellee, Gerber Products Co. in *Williams v. Gerber Prods. Co.*, in the United States Court of Appeals for the Ninth Circuit under Docket No. 06-55921.

Dated: July 18, 2008

**WILSON PETTY KOSMO & TURNER LLP**

By: s/Meryl C. Maneker
Vickie E. Turner
Meryl C. Maneker
Hubert Kim
mmaneker@wpkt.com

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Robert P. Donovan
Ryan P. Mulvaney
*Appearing Pro Hac Vice*

Attorneys for Defendants
ARIZONA BEVERAGE CO., LLC HORNELL BREWING COMPANY, INC., and FEROLITO VULTAGGIO & SONS, INC