WILSON PETTY KOSMO & TURNER LLP
VICKIE E. TURNER (106431)
MERYL C. MANEKER (188342 )
HUBERT KIM (204957)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
**E-mail:** vturner@wpkt.com
**E-mail:** mmaneker@wpkt.com
**E-mail:** hkim@wpkt.com

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ROBERT P. DONOVAN (*Admitted Pro Hac Vice*)
RYAN P. MULVANEY(*Admitted Pro Hac Vice*)
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-7711
Facsimile: (973) 622-5314
**Email:** rdonovan@mdmc-law.com
**Email:** rmulvaney@mdmc-law.com

Attorneys for Defendant
ARIZONA BEVERAGE CO., LLC, HORNELL BREWING COMPANY, INC., and FEROLITO VULTAGGIO & SONS, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEIDI HITT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGE CO., LLC; HORNELL BREWING COMPANY, INC.; AND FEROLITO VULTAGGIO & SONS, INC.,<br><br>Defendants. | Case No. 08-CV-0809 WQH POR<br><br>**DECLARATION OF DON VULTAGGIO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**<br><br>Complaint Filed: May 2, 2008<br><br>Date: September 15, 2008<br>Time: 11:00 a.m.<br>Judge: Hon. William Q. Hayes<br>Trial Date: Not Set |

I, DON VULTAGGIO, of being full age and upon my oath, hereby declare as follows:

1. I am the Chairman of defendant, Hornell Brewing Company, Inc. ("Hornell"). Hornell is incorporated in the State of New York and its principal place of business is located at 5 Dakota Drive in Lake Success, New York. Defendant, Ferolito, Vultaggio & Sons, Inc., is a

registered trade name of Hornell and is not a separate legal entity.

2. I am familiar with the operations of Hornell and, in particular, Hornell's sales in the State of California.

3. Attached as Exhibit A are true and authentic samples of some of the labels at issue in the plaintiff's complaint.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 17th day of July 2008 at Lake Success, New York.

DON VULTAGGIO