# EXHIBIT A


AriZona
緑茶
100%
ALL
NATURAL
Green Tea
With GINSENG
and HONEY
20 FL. OZ.
NT 4 OZ.) 591ml


AriZona
GREEN TEA With GINSENG and HONEY
INGREDIENTS: PREMIUM BREWED GREEN TEA USING FILTERED WATER, HIGH FRUCTOSE CORN SYRUP, HONEY, CITRIC ACID, NATURAL FLAVORS, GINSENG EXTRACT, ASCORBIC ACID.
MANUFACTURED FOR FEROLITO, VULTAGGIO & SONS, LAKE SUCCESS, NY 11042 USA
© BEVERAGE MARKETING USA, INC.
SueBee®
Premium Orange Honey®
NO PRESERVATIVES
SHAKE WELL • REFRIGERATE AFTER OPENING
For more info. about AriZona call 1-800 TEA 3775
Enjoy America's best selling ready-to-drink green tea! AriZona Green Tea...Where great taste and goodness "naturally" come together. Green tea for its health benefits, Ginseng for energy and nature's natural sweetener, honey.
Great Hot!
Nutrition Facts
Serving Size 8 fl. oz. (240mL)
Servings Per Container 2.5
Amount Per Serving
Calories 70 Calories from Fat 0
% Daily Value*
Total Fat 0g 0%
Saturated Fat 0g 0%
Trans Fat 0g
Cholesterol 0mg 0%
Sodium 20mg 1%
Total Carbohydrate 18g 6%
Dietary Fiber 0g 0%
Sugars 17g
Protein 0g 0%
Vitamin A 0% • Vitamin C 25%
Calcium 0% • Iron 0%
*Percent Daily Values are based on a 2,000 calorie diet.
0 73360 71016 2
HI-ME 5¢ DEP.
CA CRV
(1 PI


NO PRESERVATIVES
100% NATURAL
ARIZONA QUALITY SEAL
NO PRESERVATIVES
100% NATURAL
ARIZONA QUALITY SEAL
LEMON
LEMON
LEMON


Nutrition Facts: Serv. Size: 8 fl. oz. (240mL), Servings Per Container 2.5, Amount Per Serving: Calories 90, Total Fat 0g (0% DV), Saturated Fat 0g (0% DV), Trans Fat 0g, Sodium 20mg (1% DV), Total Carb 25g (8% DV), Dietary Fiber 0g (0%DV), Sugars 24g, Protein 0g (0% DV) Vitamin A 0%, Vitamin C 0%, Calcium 0%, Iron 0%. Percent Daily Values (DV) are based on a 2,000 calorie diet.
6 13008 71508 3
AriZona LEMON ICED TEA
100% ALL NATURAL • NO PRESERVATIVES
SHAKE WELL • REFRIGERATE AFTER OPENING
CA CRV HI-ME 5¢ DEP.
For more information about AriZona call 1-800 TEA 3775
INGREDIENTS: PREMIUM BREWED TEA USING FILTERED WATER, HIGH FRUCTOSE CORN SYRUP, CITRIC ACID, NATURAL LEMON FLAVOR
MANUFACTURED FOR FEROLITO, VULTAGGIO & SONS LAKE SUCCESS, NY 11042 USA
© BEVERAGE MARKETING USA, INC.


LEMON ICED TEA
AriZona
20 FL.OZ.- 591ml


PEACH
NO PRESERVATIVES
100% NATURAL
ARIZONA QUALITY SEAL


Nutrition Facts: Serv Size: 8 fl oz. (240mL), Servings Per Container 2.5 Amount Per Serving: Calories 90, Total Fat 0g (0% DV), Saturated Fat 0g (0% DV), Trans Fat 0g, Sodium 10mg (0% DV), Total Carb 25g (8% DV), Dietary Fiber 0g (0%DV) Sugars 24g, Protein 0g (0% DV) Vitamin A 0%, Vitamin C 0%, Calcium 0%, Iron 0%. Percent Daily Values (DV) are based on a 2,000 calorie diet.
6 13008 71783 4
AriZona PEACH ICED TEA
100% ALL NATURAL • NO PRESERVATIVES
SHAKE WELL • REFRIGERATE AFTER OPENING
CA CRV HI-ME 5¢ DEP.
For more information about AriZona call 1-800 TEA 3775
INGREDIENTS: PREMIUM BREWED TEA USING FILTERED WATER, HIGH FRUCTOSE CORN SYRUP, CITRIC ACID, NATURAL PEACH FLAVOR
MANUFACTURED FOR FEROLITO, VULTAGGIO & SONS LAKE SUCCESS, NY 11042 USA
© BEVERAGE MARKETING USA, INC.


PEACH ICED TEA
AriZona
20 FL.OZ.- 591ml


NO PRESERVATIVES
100% NATURAL
ARIZONA QUALITY SEAL
NO PRESERVATIVES
100% NATURAL
ARIZONA QUALITY SEAL
RASPBERRY


Nutrition Facts: Serv Size: 8 fl. oz. (240mL), Servings Per Container 2.5, Amount Per Serving: Calories 90, Total Fat 0g (0% DV), Saturated Fat 0g (0% DV), Trans Fat 0g, Sodium 20mg (1% DV) Total Carb 25g (8% DV), Dietary Fiber 0g (0%DV) Sugars 24g, Protein 0g (0% DV) Vitamin A 0%, Vitamin C 0%, Calcium 0%, Iron 0%. Percent Daily Values (DV) are based on a 2,000 calorie diet.
6 13008 71779 7
AriZona Raspberry Iced Tea
100% ALL NATURAL • NO PRESERVATIVES
SHAKE WELL • REFRIGERATE AFTER OPENING
CA CRV HI-ME 5¢ DEP.
For more information about AriZona call 1-800 TEA 3775
INGREDIENTS: PREMIUM BREWED TEA USING FILTERED WATER, HIGH FRUCTOSE CORN SYRUP, CITRIC ACID, NATURAL RASPBERRY FLAVOR
MANUFACTURED FOR FEROLITO, VULTAGGIO & SONS LAKE SUCCESS, NY 11042 USA
© BEVERAGE MARKETING USA, INC.


RASPBERRY ICED TEA
AriZona
20 FL.OZ.-591ml

antioxidant+

AriZona®



BLUEBERRY
WHITE TEA
with Natural Flavors Ⓤ

20 FL.OZ.
591mL

antioxidant+

AriZona®
BLUEBERRY
WHITE TEA

100% NATURAL
NO PRESERVATIVES • NO ARTIFICIAL COLOR • NO ARTIFICIAL FLAVORS

CONTAINS 5% JUICE

**Nutrition Facts**
Serving Size 8 fl. oz. (240mL)
Servings Per Container 2.5

| Amount Per Serving | |
|---|---|
| **Calories** 70 Calories from Fat 0 | |
| | % Daily Value* |
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| *Trans* Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 10mg | 1% |
| **Total Carbohydrate** 19g | 6% |
| Dietary Fiber 0g | 0% |
| Sugars 18g | |
| **Protein** 0g | 0% |

Vitamin A 10% • Vitamin C 50%
Calcium 0% • Iron 0%
Vitamin E 10% • Selenium 10%

*Percent Daily Values are based on a 2,000 calorie diet

THIS PRODUCT IS A FOOD, NOT A DRUG. IT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASES.

ANTIOXIDANT FORMULA

| | PER SERVING | PER BOTTLE |
|---|---|---|
| Vitamin A | 10% RDV | 25% RDV |
| Vitamin C | 50% RDV | 125% RDV |
| Vitamin E | 10% RDV | 25% RDV |
| Selenium | 10% RDV | 25% RDV |
| Panax Ginseng | 25mg | 65mg |

INGREDIENTS: PREMIUM BREWED WHITE TEA USING FILTERED WATER, HIGH FRUCTOSE CORN SYRUP, BLUEBERRY AND PEAR JUICE FROM CONCENTRATE, HONEY, NATURAL FLAVORS, CITRIC ACID, ASCORBIC ACID, PANAX GINSENG, VITAMIN E ACETATE, VITAMIN A PALMITATE, SODIUM SELENITE. MANUFACTURED FOR FEROLITO, VULTAGGIO & SONS LAKE SUCCESS, NY 11042 USA
© BEVERAGE MARKETING USA, INC.

6 13008 72159 6

HI-ME 5¢ DEP. CA CRV

SHAKE WELL • REFRIGERATE AFTER OPENING
For more information about AriZona call 1-800 TEA 3775




* Sorbitol absorbs very slowly in the body and has a minimal effect on blood sugar levels. Therefore, this product has a net effective carbohydrate impact of Zero grams.

| | |
|---|---|
| Total Carbs. | = 2 grams |
| Sorbitol | = 2 grams |
| Net Effective Carbs | = 0 grams |

CONTAINS NO JUICE

**Nutrition Facts**

Serving Size 8 fl. oz. (240mL)
Servings Per Container 2

| | |
|---|---|
| **Amount Per Serving** | |
| **Calories** 5 | |
| | **% Daily Value*** |
| **Total Fat** 0g | **0%** |
| **Sodium** 20mg | **1%** |
| **Total Carbohydrate** 2g | **1%** |
| Sugars 0g | |
| **Protein** 0g | **0%** |

*Percent Daily Values are based on a 2,000 calorie diet.

INGREDIENTS: PREMIUM BREWED GREEN TEA USING FILTERED WATER, SORBITOL, NATURAL FLAVORS, CITRIC ACID, BLACK CARROT EXTRACT, SUCRALOSE, ACESULFAME POTASSIUM.

* Sorbitol absorbs very slowly in the body and has a minimal effect on blood sugar levels. Therefore, this product has a net effective carbohydrate impact of Zero grams.

| | |
|---|---|
| Total Carbs. | = 2 grams |
| Sorbitol | = 2 grams |
| Net Effective Carbs | = 0 grams |




**CONTAINS NO JUICE**

## Nutrition Facts

Serving Size 8 fl. oz. (240mL)
Servings Per Container 2

| Amount Per Serving | |
|---|---|
| **Calories** 5 | |
| | **% Daily Value*** |
| **Total Fat** 0g | **0%** |
| **Sodium** 20mg | **1%** |
| **Total Carbohydrate** 2g | **1%** |
| Sugars 0g | |
| **Protein** 0g | **0%** |

*Percent Daily Values are based on a 2,000 calorie diet.

INGREDIENTS: PREMIUM BREWED GREEN TEA USING FILTERED WATER, SORBITOL, NATURAL FLAVORS, MALIC ACID, CITRIC ACID, SUCRALOSE, ACESULFAME POTASSIUM.


Rx ENERGY™
ALL NATURAL
CERTIFIED
REGISTERED NEW YORK
FEROLITO, VULTAGGIO & SONS
HERBAL TONIC
Rx ENERGY™


AriZona
RxEnergy™
HERBAL TONIC
AN INVIGORATING BLEND OF GREEN TEA, TROPICAL & CITRUS FRUITS, PANAX GINSENG, SIBERIAN GINSENG, GUARANA, SCHISANDRA, AND VITAMINS A, C & E
THIS PRODUCT IS A FOOD, NOT A DRUG. IT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASES.
A REFRESHING ALL NATURAL TONIC™
20 FL.OZ. (1PT. 4OZ.) 591ml
James W. Lippencott
NOT GENUINE UNLESS SIGNED


CONTAINS 10% JUICE
Nutrition Facts
Serving Size 8 fl. oz. (240mL)
Servings Per Container Approx. 2.5
Amount Per Serving
Calories 120 Calories from Fat 0
% Daily Value*
Total Fat 0g 0%
Saturated Fat 0g 0%
Sodium 25mg 1%
Total Carb. 31g 10%
Sugars 29g
Protein 0g
Vit. C 25% • Vit. A 25% • Vit. E 25%
*Percent Daily Values are based on a 2,000 calorie diet.
Not a Significant Source of Calcium and Iron
NO PRESERVATIVES
NO ARTIFICIAL COLOR
REFRIGERATE AFTER OPENING
MFD. FOR FEROLITO, VULTAGGIO & SONS
LAKE SUCCESS, NY 11042 USA
© 2000 BEVERAGE MARKETING USA, INC.
For info about AriZona call 1-800 TEA 3775
ME 5¢ DEP
CA CASH REFUND
AriZona
RxEnergy™
HERBAL TONIC
INGREDIENTS: PREMIUM BREWED GREEN TEA USING FILTERED WATER, HIGH FRUCTOSE CORN SYRUP, MANGO PUREE, PEAR AND LEMON JUICE FROM CONCENTRATE, CITRIC ACID, ORANGE BLOSSOM HONEY, NATURAL FLAVORS, BETA CAROTENE, CAFFEINE, PANAX GINSENG AND SIBERIAN GINSENG AND GUARANA AND SCHISANDRA EXTRACTS, VITAMINS A, C & E.
SHAKE WELL. SETTLING OF NATURAL HERBS MAY OCCUR
6 13008 71593 9


Rx STRESS ™
Rx STRESS ™
Rx STRESS ™
CAFFEINE FREE
CERTIFIED
FEROLITO, VULTAGGIO & SONS
BREWED TEA
CAFFEINE FREE
CERTIFIED
FEROLITO, VULTAGGIO & SONS
BREWED TEA
CAFFEINE FREE
CERTIFIED
FEROLITO, VULTAGGIO & SONS
BREWED TEA
Rx STRESS ™
Rx STRESS ™
Rx STRESS ™


AriZona
RxSTRESS™
HERBAL ICED TEA
A SOOTHING BLEND OF NATURALLY DECAFFEINATED BLACK & GREEN TEAS WITH PANAX GINSENG, CHAMOMILE, VALERIAN, AND VITAMINS B-6 & B-12
THIS PRODUCT IS A FOOD, NOT A DRUG. IT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASES.
A REFRESHING ALL NATURAL TONIC™
20 FL.OZ. (1PT.4OZ.) 591ml
NOT GENUINE UNLESS SIGNED


CAFFEINE FREE
Nutrition Facts
Serving Size 8 fl. oz. (240mL)
Servings Per Container Approx. 2.5
Amount Per Serving
Calories 60 Calories from Fat 0
% Daily Value*
Total Fat 0g 0%
Saturated Fat 0g 0%
Sodium 20mg 1%
Total Carb. 16g 5%
Sugars 16g
Protein 0g
Vit. B-6 25% • Vit. B-12 25%
*Percent Daily Values are based on a 2,000 calorie diet.
Not a Significant Source of Vit. A, Vit. C, Calcium and Iron
NO PRESERVATIVES
NO ARTIFICIAL COLOR
REFRIGERATE AFTER OPENING
ME 5¢ DEP.
CA CASH REFUND
AriZona
RxSTRESS
HERBAL ICED TEA
INGREDIENTS: PREMIUM BREWED DECAFFEINATED BLACK AND GREEN TEAS USING FILTERED WATER, HIGH FRUCTOSE CORN SYRUP, CITRIC ACID, NATURAL FLAVORS, PANAX GINSENG AND CHAMOMILE AND VALERIAN EXTRACTS, VITAMINS B6 AND B12.
SHAKE WELL: SETTLING OF NATURAL HERBS MAY OCCUR
F.P.O.
0 123456 123456 0


AriZona
Green Tea
With GINSENG
and HONEY
20 FL.OZ.
(1 PINT 4 OZ.) 591ml
緑茶
100% ALL NATURAL
NO PRESERVATIVES
AriZona
GREEN TEA With GINSENG and HONEY
Nutrition Facts
Serving Size 8 fl. oz. (240mL)
Servings Per Container 2.5
Amount Per Serving
Calories 70
% Daily Value*
Total Fat 0g 0%
Sodium 20mg 1%
Total Carbohydrate 18g 6%
Sugars 17g
Protein 0g 0%
*Percent Daily Values are based on a 2,000 calorie diet.
SHAKE WELL • REFRIGERATE AFTER OPENING
For more information about AriZona call 1-800 TEA 3775
Great Hot!
SueBee
Premium Orange Honey
INGREDIENTS: PREMIUM BREWED GREEN TEA USING FILTERED WATER, HIGH FRUCTOSE CORN SYRUP, HONEY, CITRIC ACID, NATURAL FLAVORS, GINSENG EXTRACT, ASCORBIC ACID.
MANUFACTURED FOR FEROLITO, VULTAGGIO & SONS, LAKE SUCCESS, NY 11042 USA © BEVERAGE MARKETING USA, INC.
HI-ME 5¢ DEP
0 73360 71016 2
Enjoy America's best selling ready-to-drink green tea! AriZona Green Tea...Where great taste and goodness "naturally" come together. Green tea for its health benefits, Ginseng for energy and nature's natural sweetener, honey.
CA CASH REFUND


AriZona
SOUTHERN STYLE
SWEET TEA
ORIGINAL BRAND
AriZona®
SOUTHERN STYLE
REAL BREWED
Sweet Tea
20 FL.OZ. (1 PINT 4 OZ.) 591ml
100% ALL NATURAL
NO PRESERVATIVES
NO ARTIFICIAL FLAVOR
Nutrition Facts
Serving Size 8 fl. oz. (240mL)
Servings Per Container 2.5
Amount Per Serving
Calories 90
% Daily Value*
Total Fat 0g 0%
Sodium 20mg 1%
Total Carbohydrate 23g 8%
Sugars 23g
Protein 0g 0%
*Percent Daily Values are based on a 2,000 calorie diet.
INGREDIENTS: PREMIUM BREWED BLEND OF BLACK TEAS USING FILTERED WATER, HIGH FRUCTOSE CORN SYRUP, CITRIC ACID, NATURAL FLAVORS.
MANUFACTURED FOR FEROLITO, VULTAGGIO & SONS,
LAKE SUCCESS, NY 11042 USA ©BEVERAGE MARKETING USA, INC.
6 13008 72022 3
CA CASH REFUND ME 5¢ DEP.
SHAKE WELL · REFRIGERATE AFTER OPENING
For more information about AriZona call 1-800 TEA 3775


PEACH
NO PRESERVATIVES
100% NATURAL
ARIZONA QUALITY SEAL
NO PRESERVATIVES
100% NATURAL
ARIZONA QUALITY SEAL
PEACH PEACH PEACH PEACH PEACH PEACH PEACH PEACH PEACH


PEACH
AriZona®
ICED TEA


Nutrition Facts: Serv Size: 8 fl. oz. (240mL), Servings Per Container 2.5, Amount Per Serving: Calories 90, Total Fat 0g (0% DV), Sodium 20mg (1% DV), Total Carb 25g (8% DV), Sugars 24g, Protein 0g (0% DV). Percent Daily Values (DV) are based on a 2,000 calorie diet.
6 13008 71783 4
AriZona® PEACH ICED TEA
100% ALL NATURAL • NO PRESERVATIVES
SHAKE WELL • REFRIGERATE AFTER OPENING
CA CASH REFUND
ME 5¢ DEP.
For more information about AriZona call 1-800 TEA 3775.
INGREDIENTS: PREMIUM BREWED TEA USING FILTERED WATER, HIGH FRUCTOSE CORN SYRUP, CITRIC ACID, NATURAL PEACH FLAVOR.
MANUFACTURED FOR FEROLITO, VULTAGGIO & SONS LAKE SUCCESS, NY 11042 USA
© BEVERAGE MARKETING USA, INC.







**Nutrition Facts:** Serv Size: 8 fl. oz. (240mL), Servings Per Container 2.5, Amount Per Serving: **Calories** 90, **Total Fat** 0g (0% DV), **Sodium** 20mg (1% DV), **Total Carb** 25g (8% DV) Sugars 24g, **Protein** 0g (0% DV). Percent Daily Values (DV) are based on a 2,000 calorie diet.

6 13008 71508 3

**AriZona** LEMON ICED TEA
100% ALL NATURAL • NO PRESERVATIVES
**SHAKE WELL** • REFRIGERATE AFTER OPENING

CA CASH REFUND ME 5¢ DEP.

For more information about AriZona call 1-800 TEA 3775.

INGREDIENTS: PREMIUM BREWED TEA USING FILTERED WATER, HIGH FRUCTOSE CORN SYRUP, CITRIC ACID, NATURAL LEMON FLAVOR.

MANUFACTURED FOR
FEROLITO, VULTAGGIO & SONS
LAKE SUCCESS, NY 11042 USA
© BEVERAGE MARKETING USA, INC.