| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA | | COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (ABBREVIATED)<br>***HEIDI HITT v. ARIZONA BEVERAGE CO., LLC, ET AL.*** | | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS):<br>VICKIE E. TURNER. (106431)<br>MERYL C. MANEKER (188342 )<br>HUBERT KIM (204957)<br>**WILSON PETTY KOSMO & TURNER LLP**<br>550 West C Street, Suite 1050<br>San Diego, CA 92101 | TELEPHONE NO.:<br>Tel. (619) 236-9600<br>Fax: (619) 236-9669 | |
| ATTORNEYS FOR:<br>Defendants Arizona Beverage Co., LLC; Hornell Brewing Company, Inc.; and Ferolito Vultaggio & Sons, Inc. | HEARING DATE – TIME | CASE NUMBER:<br>08-CV-0809 WQH POR |

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is Wilson Petty Kosmo & Turner LLP, 550 West C Street, Suite 1050, San Diego, CA 92101.

On July 18, 2008, I served the following documents:

1. **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**
2. **DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COMPLAINT**
3. **REQUEST FOR JUDICIAL NOTICE OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(6)**
4. **DECLARATION OF DON VULTAGGIO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

I served the documents on the person below, as follows:

G. Richard Baker
Baker Law PC
700 29th Street South
Birmingham, Alabama 35233
(205) 714-7166
***Counsel for Plaintiff HEIDI HITT, individually and on behalf of all those similarly situated***

☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addressed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☒ **By ELECTRONIC SERVICE.** I served the above listed document(s), described above via the Central District of the United States District Court's Electronic Filing Program on the designated recipients through electronic transmission through the CM/ECF system on the Court's website. Upon completion of said transmission and filing of said documents, a certified receipt is issued to filing party acknowledging receipt by the Court's CM/ECF system, and once all designated recipients are electronically served, proof of electronic service is returned to the filing party.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on July 18 2008, at San Diego, California.

[signature]
Lori Cutrell

00081941.doc