| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA | | COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (ABBREVIATED)<br>***HEIDI HITT v. ARIZONA BEVERAGE CO., LLC, ET AL.*** | | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS): TELEPHONE NO.<br>G. RICHARD BAKER Tel. (205) 714-7166<br>Baker Law PC<br>700 29th Street South<br>Birmingham, Alabama 35233 | | |
| ATTORNEY FOR:<br>Plaintiff Heidi Hitt | HEARING DATE – TIME | CASE NUMBER:<br>3:08-cv-00809-WQH-POR |

**PROOF OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action. My business is BAKER LAW, P.C., 700 29th Street South, Birmingham, Alabama 35233.

On September 5, 2008, I served the following documents:

1. PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO DISMISS

I served the documents on the person below, as follows:

Robert Donovan, Esquire
Ryan P. Mulvaney, Esquire
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Three Gateway Center, 100 Mulberry Street
Newark, NJ 07102

K. Stephen Jackson, Esquire
Joseph L. "Josh" Tucker, Esquire
Edward E. Angwin, Esquire
Jackson, Tucker & Angwin, P.C.
2229 1st Avenue North
Birmingham, AL 35203

□ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

□ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addressed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United Sates Postal Service, in a sealed envelope with postage fully prepaid.

☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By ELECTRONIC SERVICE.** I served the above listed document(s), described above via the Central District of the United States Court's Electronic Filing Program on the designated recipients through electronic transmission through the CM/ECF system on the Court's website. Upon completion of said transmission and filing of said documents, a certified receipt is issued to filing party acknowledging receipt by the Court's CM/ECF system, and once all designated recipients are electronically served, proof of electronic service is returned to the filing party.

Vickie E. Turner, Esquire
Meryl C. Maneker, Esquire
Hubert Kim, Esquire
**WILSON PETTY KOSMO & TURNER LLP**
550 West C. Street, Suite 1050
San Diego, CA 92101

I declare that I am G. Richard Baker of Baker Law, P.C. Executed on September 5, 2008, at Birmingham, Alabama.

/s/ G. Richard Baker
G. Richard Baker