# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI HITT,<br><br>                    Plaintiff,<br>vs.<br>ARIZONA BEVERAGE CO., et al.,<br><br>                    Defendants. | CASE NO. 08cv809 WQH (POR)<br><br>**ORDER** |

HAYES, Judge:

The matter before the Court is Plaintiff's Amended and Corrected Motion for Voluntary Dismissal. (Doc. # 72). Plaintiff moved for a voluntary dismissal with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. *Id.* at 1. Defendants filed a response which states "Defendants do not oppose dismissal of the Complaint with prejudice, but as the prevailing party, Defendants are entitled to an award of costs as permitted under Federal Rule of Civil Procedure 54(d)(1)." (Doc. # 73 at 2). Pursuant to Federal Rule of Civil Procedure 41(a)(2) "an action may dismissed at the Plaintiff's request only by court order on terms the court considers proper." Both parties agree that Plaintiff's action should be dismissed with prejudice.

IT IS HEREBY ORDERED THAT Plaintiff's Motion to Dismiss is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**. Any application for costs should be made under the Local Rules and Federal Rules of Civil Procedure.

DATED: January 20, 2010

                                                **WILLIAM Q. HAYES**
                                                United States District Judge